# ORIGINAL

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

☐ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>information associated with two accounts stored at<br>Dropbox, Inc. | )<br>)<br>)<br>)  Case No. 4:25-sw- 31<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     **Northern**     District of     **California** *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before     **May 8, 2025**     *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     **Lawrence R. Leonard, U.S. Magistrate Judge**
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____

Date and time issued:     **04/24/2025 12:00 pm**     *Lawrence R. Leonard*
    *Judge's signature*

City and state:     **Norfolk, Virginia**     **Lawrence R. Leonard, U.S. Magistrate Judge**
    *Printed name and title*

## Return

| Case No.: 4:25-sw- 3 1 | Date and time warrant executed: 4/24/25  12 PM | Copy of warrant and inventory left with: Dropbox Portal |
|---|---|---|

Inventory made in the presence of: SA Williamsen, also reviewed by NASA SA Todd Ange

Inventory of the property taken and name(s) of any person(s) seized:

Content of kline@advalvephotonics.com included images of products, videos of equipment functions, laser cutting software, customer/lead lists, spec sheets, and export regulation documents

Content of sales@advalvephotonics.com included photos and videos of products and laser cutting software

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/22/25

_Pichel L_____
Executing officer's signature

Special Agent Pichel Williamsen
Printed name and title